979 A.2d 768

IN THE MATTER OF FRANCIS H. SCALESSA,
AN ATTORNEY AT LAW.

October 8, 2009.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09-097, concluding that **FRANCIS H. SCALESSA** of **SUMMIT,** who was admitted to the bar of this State in 1972, and who has been suspended from the practice of law since June 17, 1996, should be censured for violating *RPC* 7.1(a) (false or misleading communication about the lawyer), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and

*RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **FRANCIS H. SCALESSA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.